No. 02–10245. GAMBRELL v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 02–10247. GARCIA-MEZA v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 02–10248. FORD v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–10270. ESPINOZA v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 02–10274. PITTMAN v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 02–10277. WHITED v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 02–10284. RANDALL v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–10286. RISHER v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 02–10290. WIEDERHOLD v. UNITED STATES (two judgments). C. A. 11th Cir. Certiorari denied.

No. 02–10291. AGUILAR-MARTINEZ v. UNITED STATES; AMAYA-RAMOS, AKA RAMOS, AKA AMAYA, AKA LOPEZ v. UNITED STATES; AVILA-ROJAS v. UNITED STATES; LEDEZMA-RUIZ, AKA LEDESMA-RUIZ v. UNITED STATES; MORENO-SANTANA v. UNITED STATES; NAVARRO-RODRIGUEZ v. UNITED STATES; PALENCIA-RAMIREZ v. UNITED STATES; and SALAS-MATA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–10294. HARDEN v. UNITED STATES ET AL. C. A. 9th Cir. Certiorari denied.

No. 02–10298. CRAWFORD v. UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 02–10300. CLINTON v. UNITED STATES. C. A. 11th Cir. Certiorari denied.